IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Civil Action No. 1:25-cv-07538-JLR-RWL

**BETH PICHA,**

      Plaintiff,

v.

**APP SOLUTIONS INTERNATIONAL, INC.;
and TECH SERVICES INTERNATIONAL LLC,**

      Defendants.

Request GRANTED. This case shall be STAYED to and through January 30, 2026.

Dated: December 4, 2025
New York, New York

**SO ORDERED.**

*Jennifer Rochon*

**JENNIFER L. ROCHON**
**United States District Judge**

## JOINT MOTION TO STAY PROCEEDINGS

Plaintiff Beth Picha and Defendants APP Solutions International, Inc. and Tech Services International LLC, (together the "Parties") jointly submit the following Motion requesting that this matter be stayed in its entirety to and through close of business on January 30, 2026.

The undersigned counsel certify that they personally met with and spoke to one another, discussing the basis for and nature of the relief sought by way of this Motion. They have also both conferred with their respective clients regarding this request. Undersigned counsel both agree regarding the propriety of, and that good cause exists for, the relief requested herein.

On November 24, 2025, the Parties submitted their proposed Civil Case Management Plan and Scheduling Order and joint letter in response to the Court's Notice of Initial Pretrial Conference (Docket #7), proposing the discovery plan and other deadlines applicable to this case. Subsequently, Defendants' counsel had an unexpected serious family medical situation arise which will significantly impact their ability to participate in these proceedings at this time.

Wherefore, following the Scheduling Conference on December 4, 2025, the Parties jointly request a stay of all proceedings in this case to and through close of business on January 30, 2026,

and that the deadlines proposed in the Parties' previous submission be amended as outlined in Exhibit A attached.

Wherefore, the Parties respectfully request that a stay be issued in this case to and through close of business on January 30, 2026, and the proposed deadlines outlined above be adopted by the Court.

Respectfully submitted this 2nd day of December, 2025.


**Collins, Buckley, Sauntry, & Haugh, PLLP**


*/s/ Bryce M. Miller*
Bryce M. Miller
332 Minnesota Street
St. Paul, MN 55101
(651) 888-6223
bmiller@cbsh.net

**Isaacs Bernstein, P.C.**

*/s/ Jonathan A. Bernstein*
Jonathan A. Bernstein
2108 Yardley Road
Yardley, PA 19067
(917) 693-7245
jb@lijblaw.com

*Attorneys for Plaintiff Beth Picha*

**Venable LLP**


*/s/ Imani T. Menard*
Beth Ann Lennon*
1144 Fifteenth Street, Suite 3600
Denver, CO 80202
(303) 301-1490
BLennon@Venable.com

Imani T. Menard
151 W 42nd St., 49th Floor
New York, NY 10036
(303) 276-6139
itmenard@venable.com

*Attorneys for Defendants APP Solutions International, Inc. and Tech Services International LLC*


\* Admission pending

2

## CERTIFICATE OF SERVICE

I hereby certify on the 2nd day of December, 2025, that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF registrant(s):

Bryce M. Miller
Collins, Buckley, Sauntry, & Haugh, PLLP
332 Minnesota Street
St. Paul, MN 55101
(651) 888-6223
bmiller@cbsh.net

Jonathan A. Bernstein
Isaacs Bernstein, P.C.
2108 Yardley Road
Yardley, PA 19067
Email: JB@LIJBLaw.com

*Attorneys for Plaintiff Beth Picha*

*/s/ Theresa M. Bohrer*
Theresa M. Bohrer

\* Admission pending